1  Michael A. Gould (SBN: 151851)
2  Michael@wageandhourlaw.com
   Aarin A. Zeif (SBN: 247088)
3  Aarin@wageandhorulaw.com
4  THE GOULD LAW FIRM
   161 Fashion Lane, Suite 207
5  Tustin, CA 92780
6  Phone: 714-669-2850
   Facsimile: 714-554-0800
7
8  Attorneys for Plaintiff
   BRIAN COREY
9
10 **KAUFMAN DOLOWICH LLP**
   Brian D. Peters, SBN. 174688
11 Email: bpeters@kaufmandolowich.com
   Noah T. Goldstein, SBN. 352472
12 Email: noah.goldstein@kaufmandolowich.com
   21515 Hawthorne Blvd., Suite 450
13 Torrance, CA 90503
   Telephone:   (310) 540-2000
14 Facsimile:   (310) 540-6609

15 Attorneys for Defendant
   MAMA LOLA'S, LLC

16              UNITED STATES DISTRICT COURT
17        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
18

| | |
|---|---|
| J BRIAN COREY, an individual, | Case No. 8:23-CV-02370-JWH-DFM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Removed from OCSC (Case No. 30- 2023-01331516-CU-WT-CJC) |
| MAMA LOLA'S, LLC, and DOES 1 through 25, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

9954459.2/46769-00011

# STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff BRIAN CORY ("Plaintiff") and Defendant MAMA LOLA'S, LLC ("Defendant"), acting through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action may be DISMISSED WITH PREJUDICE, with each side to bear his or its own costs and attorneys' fees.

Dated: July 30, 2024　　　　　　　　　THE GOULD LAW FIRM

By: */s/ Aarin A. Zeif*
　　MICHAEL A. GOULD
　　AARIN A. ZEIF
　　Attorneys for Plaintiff
　　BRYAN COREY

Dated:  July 30, 2024　　　　　　　　　KAUFMAN DOLOWICH LLP

By: */s/ Brian D. Peters*
　　Brian D. Peters
　　Noah T. Goldstein
　　Attorneys for Defendant
　　MAMA LOLA'S, LLC

## ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i),  I, Brian D. Peters, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  July 30, 2024

By: */s/ Brian D. Peters*